in the first judicial department, which reversed a judgment in favor of defendant entered upon an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and reinstated said verdict in an action to recover the purchase price of a violin on the ground that the purchase was induced by false and fraudulent representations. On the trial plaintiff was permitted to amend his complaint so as to demand as damages the difference between the contract price and the value of the violin on the date of sale.

*Jacob M. Zinaman* for appellant.

*Emil Weitzner, Bernard Braun* and *Jacob E. Kronick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

LENCRIF REALTY CORPORATION, Appellant, *v.* THORVALD CAPPELEN, Respondent.

*Vendor and purchaser — real property — contract — specific performance — encroachments — action to compel specific performance of contract to purchase real property — defense that building encroached on highway.*

*Lencrif Realty Corp.* v. *Cappelen,* 220 App. Div. 828, affirmed.
(Argued January 13, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 27, 1927, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to compel specific performance of a contract to purchase real property. The defense was that the building encroached upon the highway and that plaintiff was unable to convey to the defendant a title free from incumbrances as required by the contract.

*James Marshall* for appellant.

*James F. Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J.; POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK D. BALDWIN, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 12, 1928; decided February 14, 1928.)

APPEAL from a judgment of the Supreme Court, rendered December 18, 1926, at a Trial Term for the county of Seneca, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Daniel Moran* and *Edward P. Murphy* for appellant.

*J. Willard Huff, District Attorney (George F. Bodine* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ADELAIDE M. CANTIN, Respondent, *v.* CHESTER D. GARDNER et al., Appellants.

*Negligence — motor vehicles — passenger in automobile injured as result of collision with another.*

*Cantin v. Gardner*, 221 App. Div. 816, affirmed.

(Argued January 12, 1928; decided February 14, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff was a passenger in an automobile owned by defendant Bills and was injured as the result of a